■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO BERMUDEZ, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Michael A. Corriero, J.), rendered on or about November 29, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Moskowitz, Acosta and Freedman, JJ.